# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2572
_____

United States of America

*Plaintiff - Appellee*

v.

Richard Tommy Williams, also known as Richard T. Williams

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: January 6, 2026
Filed: January 13, 2026
[Unpublished]
_____

Before SMITH, GRUENDER, and KOBES, Circuit Judges.
_____

PER CURIAM.

Richard Williams appeals after the district court[1] revoked his supervised
release and sentenced him to 18 months in prison and 18 months of supervised

---

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for
the Southern District of Iowa.

release. His counsel has moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in imposing the revocation sentence. *See United States v. Miller*, 557 F.3d 910, 915-16 (8th Cir. 2009). The revocation sentence is within the Guidelines range and accorded a presumption of substantive reasonableness on appeal. *See United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir. 2008). Moreover, there is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Larison*, 432 F.3d 921, 923 (8th Cir. 2006).

Accordingly, we grant counsel's motion to withdraw and affirm the judgment.

_____